Commonwealth *v.* Brooks, Appellant.

Before SHIOMOS, J., without a jury.

728

Argued September 12, 1974. *Timothy A. Crawford, Jr.,* with him *John O'Keefe* and *Joel Todd,* for appellant; *John H. Isom,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.